**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

**CHRISTINA FAVA, individually,**           Case No.  1:25-cv-25494-DPG
**and on behalf of all others similarly**
**situated,**

       **Plaintiff,**

**vs.**

**GIGGLE, LLC, D/B/A GIGGLE**
**FINANCE,**

       **Defendant.**

_____/

## MEDIATION REPORT

In accordance with the Notice of Mediation filed by the parties, a mediation was conducted with the parties and counsel on Monday, August 3, 2026, beginning at 11:00 a.m. EST.  The Plaintiff appeared with lead counsel, and the Defendant, GIGGLE, LLC, D/B/A GIGGLE FINANCE, appeared with the corporate representative and its lead counsel.

The mediation resulted in a settlement in principle.  The Parties anticipate finalizing the settlement agreement within the next thirty (30) days, at which time Plaintiff intends to file a notice of voluntary dismissal with prejudice, thereby resolving all of Plaintiff's claims against Defendant.

_/s/   Scott Edward Cole_____
Scott Edward Cole, Esq. (admitted pro hac vice)
**COLE & VAN NOTE**
555 12th Street, Suite 2100
Oakland, California 94607
Telephone: (510) 891-9800
Email: cbs@colevannote.com
Email: sec@colevannote.com

Jeremy L. Kahn, Esq. (FL S.B. #105277)
**BERMAN FINK VAN HORN P.C.**
3475 Piedmont Road, Suite 1640
Atlanta, Georgia 30305
Telephone: (404) 261-9494
Email: jkahn@bfvlaw.com

*Attorneys for Representative Plaintiff*
*and the Plaintiff Class*


 /s/  Sarah A. Long
SARAH A. LONG, ESQ.
Florida Bar No. 0080543
ANNALISA GOBIN, ESQUIRE
Florida Bar No. 1052008
**MCDONALD TOOLE RICHMAN & CORRENTI,
P.A.**
111 N. Magnolia Avenue, Suite 1200
Orlando, FL  32801
Telephone:  (407) 246-1800
Facsimile:  (407) 246-1895
FavavGiggleLLC@mtrclegal.com
slong@mtrclegal.com

and

Paulyne Gardner, Esq., *pro hac vice*
**MULLEN COUGHLIN LLC**
426 W. Lancaster Avenue, Suite 200
Devon, PA  19333
Telephone:  (267) 930-2098
pgardner@mullen.law

*Attorneys for Giggle, LLC d/b/a Giggle Finance*

-2-